**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wilbur R. Gibson,<br><br>             Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>             Defendants. | No. CV-07-2157-PHX-SMM<br><br>**ORDER** |

Upon stipulation of the parties (Dkt. 3) and good cause appearing;

**IT IS HEREBY ORDERED** that Defendant Aetna Life Insurance Company shall have through and including Thursday, January 31, 2008 in which to file an answer or otherwise respond to Plaintiff's complaint in this matter.

DATED this 3rd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge