**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Wilbur R. Gibson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br><br>　　　　　Defendant. | No. CV-07-2157-PHX-SMM<br><br>**ORDER** |

　　　　On June 5, 2008 a hearing was held in open Court. All parties are in agreement to conduct limited discovery so that meaningful settlement discussions can be held. Therefore,

　　　　**IT IS HEREBY ORDERED** that no later than **July 7, 2008**, Defendant shall disclose the administrative record to Plaintiff's counsel.

　　　　**IT IS FURTHER ORDERED** that the parties shall notify the Court no later than **July 14, 2008** as to whether a settlement has been reached or they wish to go to private mediation, or to a bankruptcy judge or a magistrate judge to conduct a settlement conference. If the Court is informed that parties are unable to work out a settlement, the Court will enter a Scheduling Order.

　　　　DATED this 6th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge