**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wilbur R. Gibson, | ) No. CV-07-2157-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Aetna Life Insurance Company, | ) |
| Defendant. | ) |

Pursuant to the parties' Joint Request for Referral to Bankruptcy Judge for Settlement Conference (Dkt. 14),

**IT IS HEREBY ORDERED** that this matter shall be referred to Bankruptcy Judge George Nielsen for the purposes of conducting a mediation and settlement conference.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to send a copy of this Order to Judge Nielsen.

DATED this 14th day of July, 2008.

Stephen M. McNamee
United States District Judge