**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wilbur R. Gibson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br><br>　　　　　Defendant. | No. CV-07-2157-PHX-SMM<br><br>**ORDER** |

Pursuant to the Bankruptcy Judge's Remand and Report of Settlement (Dkt. 16), the U.S. Bankruptcy Court approved a settlement of this matter at a judicial mediation conducted on October 3, 2008.  Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall terminate this matter.

DATED this 8th day of October, 2008.

Stephen M. McNamee
United States District Judge